Garry McCubbin, St. Louis, for appellant.

Bruce Eastman, Florissant, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

## ORDER

PER CURIAM.

This is an appeal from a probate court judgment rendered in favor of the Estate of William A. Lauer and Aaron Lauer and Leanne Hearn, Co–Personal Representatives, against defendant, Elizabeth Robinson.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

Joseph L. Leritz, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

## ORDER

PER CURIAM.

This is an appeal from a judgment setting aside a default judgment rendered in appellants' favor against respondent in their action for personal injuries arising out of an automobile collision. The judgment is supported by substantial evidence, and no error of law appears. *Gormley v. Gormley,* 813 S.W.2d 108, 110–111[1–3] (Mo.App.1991).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

We affirm the judgment pursuant to Rule 84.16(b).

**Kenneth M. OBERLOHR,
et ux., Appellants,**

v.

**Eric Evan SHELTON, Respondent.**

No. 65119.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 7, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 1995.

Application to Transfer Denied
May 30, 1995.

Jerome Wallach, Wallach Law Firm, John Lawrence Davidson, St. Louis, for appellants.

**Jason ROSKOWSKE, et al.,
Plaintiffs–Appellants,**

v.

**IRON MOUNTAIN FORGE CORPORATION, St. Louis County, and Wayne M. Roberts, Inc., Defendants–Respondents.**

No. 66225.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 7, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 1995.

Application to Transfer Denied
May 30, 1995.